**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6483**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

RAYMOND BRADLEY NOTTINGHAM, JR.,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge.  (CR-83-175-N, CA-01-512)

———————

Submitted:  October 2, 2002        Decided:  October 16, 2002

———————

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Raymond Bradley Nottingham, Jr., Appellant Pro Se.  Michael A.
Cauley, Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Bradley Nottingham, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Nottingham has not made a substantial showing of the denial of a constitutional right. See United States v. Nottingham, Nos. CR-83-175-N; CA-01-512 (E.D. Va. Oct. 4, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED